The record establishes that the merchandise at bar consists of table articles, composed wholly or in chief value of glass, blown or partly blown in the mold or otherwise, and that they are cut and engraved, and valued at not less than $1 each. Upon the record herein and an examination of the samples here before us, we are of opinion that the plaintiffs have overcome the presumption of correctness attaching to the collector's classification and have established that the involved articles are properly dutiable under paragraph 218 (f) of the Tariff Act of 1930, as modified, *supra*, at the rate of 45 per centum ad valorem as "Table and kitchen articles," as claimed. The protests are sustained and judgment will issue accordingly.

**No. 55074.**—Chong Kee Jan & Co. *v.* United States, protest 82173–K (San Francisco).

Opinion by COLE, J. The protest was dismissed.

**No. 55075.**—Fleming-Joffe, Ltd., et al. *v.* United States, protests 138384–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55076.**—Leather Trading Corporation et al. *v.* United States, protests 142532–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that th merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55077.**—Herbst & Berger and August F. Stauff & Co., Inc. *v.* United States, protests 149501–K and 140672–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55078.**—Victor Shelton *v.* United States, protests 165738–K and 165832–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those

passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55079.**—Orbis Products Corp. *v.* United States, protest 164121–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55080.**—William H. Emig, Transferee *v.* United States, protest 165084–K (B) (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, JANUARY 8, 1951

**No. 55081.**—Fred Colomby et al. *v.* United States, protests 111937–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than $\frac{9}{10}$ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

**No. 55082.**—Monarch Watch Co. *v.* United States, protests 113146–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the